■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY B., Appellant. [716 NYS2d 343] —Adjudication unanimously affirmed. Memorandum: By failing to move to withdraw his plea or vacate the adjudication, defendant has failed to preserve for our review his contention that the plea allocution with respect to the charge of coercion in the first degree (Penal Law § 135.65 [1]) was inadequate (*see, People v Lopez*, 71 NY2d 662, 665). This case does not qualify for the narrow exception to the preservation doctrine because defendant's plea allocution did not cast significant doubt on defendant's guilt or otherwise call into question the voluntariness of the plea (*see, People v Toxey*, 86 NY2d 725, 726, *rearg denied* 86 NY2d 839; *People v Lopez, supra*, at 666). In any event, County Court conducted "further inquiry to ensure that defendant underst[ood] the nature of the charge and that the plea [was] intelligently entered" (*People v Lopez, supra*, at 666). (Appeal from Adjudication of Jefferson County Court, Clary, J.—Youthful Offender.) Present—Pine, J. P., Wisner, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MILLER, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents. [716 NYS2d 628] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (*see, People ex rel. Santoro v Hollins*, 273 AD2d 829). (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—Habeas Corpus.) Present—Pine, J. P., Wisner, Balio and Lawton, JJ.